

Main Office
Please Reply to:
1540 Kuser Road, Suite A9
Hamilton, New Jersey 08619

By Appointment Only
85 Orchard Road
Skillman, New Jersey 08558

Phone: (609) 585-0606

Fax: (609) 257-6055

hbsharlin@sharlinlaw.com

www.sharlinlaw.com

November 21, 2016

The Honorable Brian Martinotti, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: Chaula S. Bhatt vs. Joseph Fuentes, et als.
    Docket No.: 3:16-cv-02081-BRM-TJB

Dear Judge Martinotti:

This office represents the Defendants, VG Labs, Inc. and Srinivas Guntuka, in the above matter.  Please allow this correspondence to confirm my availability on December 5, 2016 at 10:00 am for the oral arguments for the Motions to Set Aside Default and to Allow the Filing of Responsive Pleadings Out of Time.

Thank you.

Respectfully,

*s/ H. Benjamin Sharlin*
H. Benjamin Sharlin, Esquire
HBS/ms
c. All counsel and plaintiff via ECF