UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE BRIAN R. MARTINOTTI
COURT REPORTER: REGINA TELL

DATE OF PROCEEDINGS: 12/05/2016
CIVIL DOCKET #:16-2081(BRM)

TITLE OF CASE:
Ms. Chaula S. Bhatt,
    vs.
Colonel Joseph Fuentes, et al.,

APPEARANCES:
Ms. Chaula S. Bhatt, plaintiff (not present).
Marvin L. Freeman, DAG for defendants (Fuentes, Lougy Hoffman)
Sarah Wieselthier, Esquire for defendant (Mihalopoulos)
H. Benjamin Sharlin, Esquire for defendants (VG Labs & Guntuka)
Ashley Costello, DAG for defendant (Tonelli)

NATURE OF PROCEEDINGS: IN-PERSON STATUS CONFERENCE HELD.

Judge Martinotti recused himself from case.

Ordered case be reassigned to another district judge.

Further ordered procedural motions to be handled by the magistrate judge.

TIME COMMENCED: 10:30 a.m.
TIME ADJOURNED: 10:40 a.m.
TOTAL TIME: 10 minutes

                                  s/Dana Sledge-Courtney
                                   Courtroom Deputy